

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-07-231-CV**

| | |
|---|---|
| NOBLE EZUKANMA, M.D. AND HEALTHFIRST MEDICAL GROUP, P.A., AND KRISHNABABU CHUNDURI, M.D. | APPELLANTS |

V.

| | |
|---|---|
| ROBERT GENE CUNNINGHAM, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PATRICIA MAUDINE CUNNINGHAM, DECEASED, ROBIN LEE CUNNINGHAM BISHOP, AND TRACY JEANNE CUNNINGHAM LANG | APPELLEES |

AND

| | |
|---|---|
| ROBERT GENE CUNNINGHAM, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PATRICIA MAUDINE CUNNINGHAM, DECEASED, ROBIN LEE CUNNINGHAM BISHOP, AND TRACY JEANNE CUNNINGHAM LANG | APPELLANTS |

V.

| | |
|---|---|
| LINCOLN CHIN, M.D. AND LADI O.M. HAROONA, M.D. | APPELLEES |

----------

### FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellants Robert Gene Cunningham, Individually and as Representative of the Estate of Patricia Maudine Cunningham, Deceased, Robin Lee Cunningham Bishop, and Tracy Jeanne Cunningham Lang and appellee Lincoln Chin, M.D.'s "Joint Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss appellants' appeal of the judgment rendered in favor of appellee Lincoln Chin, M.D. only. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). The remaining portion of the appeal shall hereafter be styled "Robert Gene Cunningham, Individually and as Representative of the Estate of Patricia Maudine Cunningham, Deceased, Robin Lee Cunningham Bishop, and Tracy Jeanne Cunningham Lang v. Ladi O.M. Haroona, M.D."

Costs of appellants' appeal of the judgment entered in appellee Chin's favor shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL B: GARDNER, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: June 5, 2008

---

[1] *See* TEX. R. APP. P. 47.4.

2